IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01948-PAB-MEH

COLORADO SPRINGS ORTHOPAEDIC GROUP, a Colorado general partnership,
COLORADO SPRINGS SPINE, P.C., a Colorado professional corporation,
COLORADO SPRINGS ORTHOPAEDIC GROUP 401(k) PROFIT-SHARING PLAN,
JAMES M. BEE, M.D., and
ROGER D. SUNG, M.D.,

    Plaintiff,

v.

ASHLEY A. WIECHMANN, CPA, an individual,
WIECHMANN & ASSOCIATES, P.C., a Colorado professional corporation, and
WIECHMANN, BOYCE & ASSOCIATES, LLP, a Colorado limited liability partnership,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 9, 2013.**

    Plaintiffs' Motion for Status Conference [filed December 13, 2012; docket #30] is **granted in part and denied in part**.[1] Counsel for the parties are directed to appear before the Court for a status conference on Tuesday, **January 15, 2013, at 3:00 p.m.** Counsel shall appear at the hearing by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

---

[1] Although Plaintiffs state in the motion that Defendants object to their request, Defendants filed no response to the motion within the time allowed under D.C. Colo. LCivR 7.1C nor moved for an extension of time within which to file a response.