IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01948-PAB-MEH

COLORADO SPRINGS ORTHOPAEDIC GROUP, a Colorado general partnership,
COLORADO SPRINGS SPINE, P.C., a Colorado professional corporation,
COLORADO SPRINGS ORTHOPAEDIC GROUP 401(k) PROFIT-SHARING PLAN,
JAMES M. BEE, M.D., and
ROGER D. SUNG, M.D.,

      Plaintiff,

v.

ASHLEY A. WIECHMANN, CPA, an individual,
WIECHMANN & ASSOCIATES, P.C., a Colorado professional corporation, and
WIECHMANN, BOYCE & ASSOCIATES, LLP, a Colorado limited liability partnership,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2013.**

      The Joint Stipulated Motion for Protective Order [filed January 28, 2013; docket #41] is **denied without prejudice**, and the proposed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court specifies the duties and burdens of the parties when challenging the confidentiality of discovered information. *See id.* at 388-89.