IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01948-PAB-MEH

COLORADO SPRINGS ORTHOPAEDIC GROUP, a Colorado general partnership,
COLORADO SPRINGS SPINE, P.C., a Colorado professional corporation,
COLORADO SPRINGS ORTHOPAEDIC GROUP 401(k) PROFIT-SHARING PLAN,
JAMES M. BEE, M.D., and
ROGER D. SUNG, M.D.,

      Plaintiffs,

v.

ASHLEY A. WIECHMANN, CPA, an individual,
WIECHMANN & ASSOCIATES, P.C., a Colorado professional corporation, and
WIECHMANN, BOYCE & ASSOCIATES, LLP, a Colorado limited liability partnership,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2013.**

      Defendants' Motion for Leave to Amend Scheduling Order to Extend the Deadline for Joinder of Parties and Amendment of Pleadings [filed January 22, 2013; docket #38] is **granted in part and denied in part** as follows. Plaintiffs object to Defendants' request for a 60-day extension of time arguing that both former counsel and current counsel have had substantial time to investigate the Plaintiffs' well-pled claims and initial discovery to determine whether to identify any additional parties in this case. Further, the Plaintiffs contend that they would be prejudiced by any extension which would unnecessarily delay the proceedings.

      The Court concludes that Defendants have shown good cause for a 30-day extension of the deadline for joinder of parties and amendment of pleadings to and including March 4, 2013.[1] The Court acknowledges defense counsel's need to become familiar with and investigate the case. Also, the parties have, since the filing of Plaintiffs' response brief, agreed to extend all other discovery deadlines by 90 days, and the Court granted the request for extension; therefore, the Court perceives no prejudice or undue delay in granting in part the present motion.

---

      [1]March 2, 2013 is a Saturday.