IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01948-PAB-MEH

COLORADO SPRINGS ORTHOPAEDIC GROUP, a Colorado general partnership,
COLORADO SPRINGS SPINE, P.C., a Colorado professional corporation,
JAMES M. BEE, M.D.,
ROGER D. SUNG, M.D., and
COLORADO SPRINGS ORTHOPAEDIC GROUP PROFIT-SHARING PLAN,

    Plaintiffs,

v.

ASHLEY A. WIECHMANN, CPA,
WIECHMANN & ASSOCIATES, P.C., a Colorado professional corporation, and
WIECHMANN, BOYCE & ASSOCIATES, LLP, a Colorado limited liability partnership,

    Defendants.

_____

### ORDER OF ADMINISTRATIVE CLOSURE
_____

This matter comes before the Court upon the parties' Joint Motion for Administrative Closure [Docket No. 86].

The parties have entered into a settlement agreement and request an order of this Court administratively closing this case.

Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2.  Wherefore, it is

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.  It is further

**ORDERED** that if no party files a stipulation to dismiss the case or a motion to reopen the case on or before February 3, 2014, this case will be dismissed without prejudice without further notice to the parties and without further action by the Court.

DATED October 7, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge